

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00412-CR

Robert **MARTINEZ, JR**.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice

Appellant pled nolo contendre to Driving While Intoxicated-3D/M (Habitual) and was sentenced within the terms of a plea bargain. The trial court's certification of appellant's right to appeal states this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). After allowing appellant an opportunity to file an amended trial court certification showing appellant had the right of appeal, this court issued an opinion dismissing appellant's appeal on August 6, 2014.

On September 2, 2014, appellant filed (1) a motion asking for an extension of time in which to file a motion for rehearing and (2) a motion for rehearing. On September 4, 2014, this court granted the request for an extension of time, but denied the motion for rehearing. On September 15, 2014, appellant filed a "Notice of Motion for Rehearing." It appears appellant believes his motion for an extension of time and his motion for rehearing were not received by and filed in this court. Appellant asks this court to order (1) the trial court clerk to provide him with a copy of all motions filed at the trial level and (2) the court reporter to transcribe "the record and provide a copy of such to" him. Finally, appellant asks this court to take notice of various motions he filed with the trial court.

Appellant's requests are DENIED.

It is so **ORDERED** on the 23rd day of September, 2014.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court